STATE OF NEW JERSEY v. CHARLES COOPER.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT COLCLOUGH.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL ALDRIDGE.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. OSSIE WILLIAMS.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK THOMPSON.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH S. SURMAN.

November 9, 1976. Petition for certification denied.